# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Santiago Abreau

                      Plaintiff,

v.                                                Case No.: 1:16–cv–00096
                                                 Honorable Sharon Johnson Coleman

American Girl Retail, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 22, 2016:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion to voluntarily dismiss this action without prejudice [5] is granted. No appearance required on 1/28/2016. Status hearing set to 2/22/2016 is hereby stricken. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.